AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RIMAS ENTERTAINMENT, LLC, <br><br> *Plaintiff(s)* <br> v. <br> RSM PUBLISHING, LLC and RISAMAR BUSINESS GROUP, LLC, <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-62079-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Risamar Business Group, LLC
c/o Cogency Global Inc., Registered Agent
115 North Calhoun Street, Suite 4
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rachel E. Fugate, Esq.; Giselle M. Girones, Esq.
SHULLMAN FUGATE, PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
rfugate@shullmanfugate.com
ggirones@shullmanfugate.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 16, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RIMAS ENTERTAINMENT, LLC, <br><br> *Plaintiff(s)* <br> v. <br> RSM PUBLISHING, LLC and RISAMAR BUSINESS GROUP, LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 0:25-cv-62079-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RSM Publishing, LLC
c/o Oscar Montiel, Registered Agent
3350 Southwest 148th Avenue, Suite 110
Miramar, FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rachel E. Fugate, Esq.; Giselle M. Girones, Esq.
SHULLMAN FUGATE, PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, Florida 33411
rfugate@shullmanfugate.com
ggirones@shullmanfugate.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Oct 16, 2025

*s/ K. Rivers*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**SUMMONS**